# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| JEREMIAH JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CV419-226 |
| GEORGIA DEPARTMENT | ) | |
| OF CORRECTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Jeremiah Jackson is incarcerated in Baldwin County, Georgia. *See* doc. 1 at 3, 4 (listing present place of confinement as "Baldwin State Prison," with an address in Hardwick or Milledgeville, Georgia[1]). He brings this 42 U.S.C. § 1983 action against the Department of Corrections for failure to properly house him, resulting in numerous assaults, and failure to protect him from those assaults. *See* doc. 1 at 13. Jackson, however, has sent his Complaint to the Southern District of Georgia, which has no apparent link to his claims.

---

[1] His Complaint lists the prison's address in Milledgeville, but the return address on the envelope containing his Complaint lists the return address as Hardwick. Regardless, both Hardwick and Milledgeville lie in Baldwin County, Georgia.

Because his claims arise from events that took place in Baldwin County, the proper forum for this case is the United States District Court for the Middle District of Georgia. 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (district courts may dismiss or transfer cases suffering venue defects); *see* 42 U.S.C. § 90(b)(2). The Clerk is **DIRECTED** to transfer this case to the Middle District for all further proceedings.

**SO ORDERED**, this 18th day of September, 2019.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA